IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROCKEFELLER F. COOPER, II,

  Plaintiff,

  v.

GEORGIA GWINNETT COLLEGE,

  Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1177-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 8] and allowing the Plaintiff to file an amended complaint with respect to his Title VII claim against the Board of Regents. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 8] is GRANTED. The Plaintiff's Motion for Preliminary Injunction [Doc. 13] is DENIED. The Plaintiff has failed to show sufficient likelihood of success on the merits to warrant injunctive relief.

T:\ORDERS\16\Cooper\r&r.wpd

SO ORDERED, this 24 day of October, 2016.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge