IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROCKEFELLER F. COOPER, II,

Plaintiff,

v.

GEORGIA GWINNETT COLLEGE,

Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1177-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 31] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 27]. The Plaintiff's Objections to the Report and Recommendation are without merit. His complaints about the conduct of the investigation conducted of complaints against him of sexual harassment do not amount to discrimination on the basis of sex when his contract expired. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 27] is GRANTED.

SO ORDERED, this 13 day of April, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge